UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SHAWN GUSE and ANGELA WOESSNER, | Case No. 13-CV-0800 (PJS/JJK) |
| Plaintiffs, | |
| v. | ORDER FOR REASSIGNMENT OF RELATED CASES |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al. | |
| Defendants. | |

---

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No. 13-CV-0801 (DSD/JSM) |
| Plaintiff, | |
| v. | |
| SHAWN GUSE and ANGELA WOESSNER, et al., | |
| Defendants. | |

---

    Case No. 13-CV-0800 (PJS/JJK) having been assigned to Judge Patrick J. Schiltz and Case No. 13-CV-0801 (DSD/JSM) having later been assigned to Judge David S. Doty, said matters being related cases,

    IT IS HEREBY ORDERED that Case No. 13-CV-0801 (DSD/JSM) be assigned to Judge Patrick J. Schiltz and Magistrate Judge Jeffrey J. Keyes, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

    IT IS FINALLY ORDERED that a copy of this order shall be filed in each of the above respective files.


Dated: April 15, 2013                             s/Patrick J. Schiltz
                                                       Patrick J. Schiltz
                                                       United States District Judge

Dated: April 16, 2013                             s/David S. Doty
                                                       David S. Doty
                                                       United States District Judge