UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHAWN GUSE and<br>ANGELA WOESSNER, | CIV. NO. 13-800 (PJS/JSM) |
| Plaintiffs, | <u>ORDER</u> |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>ELECTRONIC REGISTRATION SYSTEM, INC.,<br>MERSCORP HOLDINGS, INC | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 22, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss [Docket No. 16] is GRANTED.

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/11/14

                                            s/Patrick J. Schiltz
                                            PATRICK J. SCHILTZ
                                            United States District Judge